# EXHIBIT "C"

From: **Info@BroadStreet Info** <info@broadstreetglobalfund.com>
Date: Sat, Jul 15, 2023, 13:14
Subject: URGENT BROADSTREET ACCOUNT UPDATE
To:

Dear Broadstreet Investor,

In the next few days you will receive a very important email from "signNow" regarding updating your Broadstreet account. The email will be a simple one page document to e-sign. The acknowledgement contains certain information which you have already seen or certified to in documents such as our ppm, data room and subscription documents. Therefore, your review and signature should be very quick.

This is a very short process but important for our regular compliance updates and necessary to keep your account active.

Thank you in advance for your prompt attention when you receive the email from "signNow" regarding Broadstreet and your account update.

As always, we are happy to have you as part of the Broadstreet family.

--

**Broad Street Global Fund**
info@BroadStreetGlobalFund.com
1-833-BSGFUND(274-3863)