# EXHIBIT "E"

Docusign Envelope ID: 8CF23FFF-42D6-44E6-BC9F-7A861239FC68

Dear Participant in Alt Coin:

As you are aware, each quarter you are given voting documents involving your participation. Attached please find the latest document for your review containing important information involving the Alt Coin subseries. Thank you.

BROADSTREET
GLOBAL FUND

# Altcoin Mining Participant Vote

The undersigned, being a participant in the altcoin operations does hereby as a participant in the business operations and all substantial business decisions and to reflect material participation in the business and as record for both participation and tax depreciation purposes votes as follows:

1) As of March, 2025 we have approximately 16,000 mining machines, with approximately 12,000 in operation and approximately 3,300 machines either in transit, awaiting to be completely installed or waiting for manufacturing to be completed and approximately 700 machines in repair.

2) As of March 2025, we are utilizing more than twenty data center pods for our mining operations located primarily in the Carolinas with redundancy being pursued throughout non Carolina based locations in order to not be solely reliant on Carolina based energy providers.

3) We shall continue to mine Litecoins, Dogecoins, Ethereum Classic, Zil, Kaspa and Kadena but also continue our strategy of focusing on Dogecoins.

4) We have been presented with the opportunity to sell the mining machines to a public company which would allow for payments to investors as described below.

5) With the new administration adopting a favorable stance toward cryptocurrencies and the establishment of a dedicated cybercurrency task force, we believe this is a strategically opportune moment to enter the public markets. This environment presents a unique opportunity to maximize ownership value while positioning our company at the forefront of a rapidly evolving industry

6) We hereby support management negotiating with and entering a deal for the sale of either the machines or the operating alt coin mining business and using its best efforts. Presently it appears that investors in the crypto mining from before May of 2024 will receive their investment back plus one hundred percent and investors from after May of 2024 will receive their investment back plus fifty percent. All consideration is expected to be paid in kind in the form of stock from a publicly traded company and we hereby support this deal or any other deal negotiated by management.

7) We understand that there is no guarantee regarding the sale mentioned above and that the investment documents related to alt coin mining had already provided the manager discretion to do such a transaction. Additional and more specific terms and conditions are located in the data room and it is my responsibility to read those documents as well if I desire more information. We recognize that Broadstreet and/or its affiliates are entitled to all remuneration in excess to the expected payments to the investors which are described in this document and/or the data room. We further understand that Broadstreet and/or its affiliates will be paid after the investors have received their entire remuneration.

8) In the event the aforementioned transaction is for in kind consideration, that is stock rather than cash, management may negotiate stock lock up periods to protect the stock price of any acquiring entity.

9) We authorize the building of further hosting facilities to meet our capacity goals of continually adding machines in the event there is no sale transaction as referenced above.

10) We recognize that alt coins have been extremely volatile this last calendar quarter with some experiencing volatility of greater than seventy percent from peak to trough and likewise machine values have been extremely volatile as well. As a result, the targeted return may not be able to be achieved any longer and thus management may alter payments in the future. In the event the above sales transaction is pursued, there will be no more distributions or payments made to investors as the consideration paid to investors will only be the terms and conditions of the buy out as described above and in the data room.

11) Investors have benefited from tax advantages through depreciation deductions, received multiple distributions since their original investment, and the sale of the mining operations have constantly been the objective of the underlying original investment thesis. All investors are expected to receive stock at a value higher than their original investment if stock is the consideration paid.

12) I recognize that if I am not agreeable to the above information, even though the manager is authorized to pursue a sales transaction by the applicable transaction documents, that I will email the compliance department at compliance@bsgfund.com and specifically state that I am not in favor of the above referenced sales transaction.

13) I authorize and agree to the above and endorse the above actions by affixing my signature below.

Signed: Signed by: [signature] 7741CA28BE324E5... Date: 3/22/2025