**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Nikhil Patel, et al.,

Plaintiffs,

v.

Broad Street Global Management LLC, Broadstreet, Inc., David Feingold, Steven Baldassarra, Joseph Baldassarra, and Akhil Morada,

Defendants.

Case No. 1:26-cv-27409-DPG

---

Aayu Health, LLC,

Plaintiff,

v.

Broad Street Global Management LLC, et al.,

Defendants.

Case No. 1:26-cv-25543-DPG

---

Alfred Lehouillier,

Plaintiff,

v.

Broad Street Global Management, LLC, et al.,

Defendants.

Case No. 1:26-cv-25755-DPG

| | |
|---|---|
| Ayan Bhattacharya,<br><br>Plaintiff,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26109-DPG |
| Paul Lynn Darby, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26135-DPG |
| Alexander Joseph, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26580-DPG |
| Derek A. Hahn,<br><br>Plaintiff,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26627-DPG |

| | |
|---|---|
| Manish M. Patel,<br><br>Plaintiff,<br><br>v.<br><br>Broad Street Global Management LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26693-DPG |
| Hitesh R. Dalal, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26917-DPG |
| Edlene Zimiles, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26957-DPG |
| Brian Lee,<br><br>Plaintiff,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-26980-DPG |

| | |
|---|---|
| Michael S. Patel,<br><br>Plaintiff,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-27007-DPG |
| Howard Jeffrey Siegel, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-27064-DPG |
| Blue Volley LLC,<br><br>Plaintiff,<br><br>v.<br><br>Broad Street Global Management LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-27137-DPG |
| Naresh Parbhoo, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Broad Street Global Management, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-27140-DPG |

| | |
|---|---|
| Kentan Kumar Patel,<br>Plaintiff,<br>v.<br>Broad Street Global Management, LLC, et al.,<br>Defendants. | Case No. 1:26-cv-27155-DPG |
| Roberto Sada,<br>Plaintiff,<br>v.<br>Broad Street Global Management, LLC, et al.,<br>Defendants. | Case No. 1:26-cv-27156-DPG |

**ORDER**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. The Court finds that the consolidation of the seventeen cases pending against Broad Street Global Management, LLC, and other defendants is appropriate. The cases arise from same set of operative facts, and Plaintiffs assert overlapping claims and seek similar relief. For these reasons, the Court finds that consolidation of the cases would conserve judicial resources, avoid duplicative adjudication, and lessen the time and expense required to resolve the litigation.

Accordingly, pursuant to Fed. R. Civ. P. 42, it is hereby **ORDERED** as follows:

1. The above-captioned civil cases are hereby consolidated for all further proceedings into *Patel, et al. v. Broad Street Global Management, LLC, et al.*, No. 1:26-cv-27409-DPG ("the Lead Case").

2. All parties are ordered to file all future documents in the Lead Case using the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Nikhil Patel, et al.<br><br>v.<br><br>Broad Street Global Management LLC, et al., | Lead Case No. 1:26-cv-27409<br><br>Consolidated Action |

3. Any subsequent filings in cases aside from the Lead Case will be stricken.

4. Any deadlines currently pending in cases aside from the Lead Case are terminated.

5. The Clerk is directed to close the following cases for administrative purposes:

- *Aayu Health, LLC v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-25543
- *Lehouillier v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-25755
- *Bhattacharya v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26109
- *Darby v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26135
- *Joseph v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26580
- *Hahn v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26627
- *Patel v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26693
- *Dalal v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26917
- *Zimiles v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26957
- *Lee v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-26980
- *Patel v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-27007
- *Siegel v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-27064
- *Blue Volley, LLC v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-27137

- *Parbhoo v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-27140
- *Patel v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-27155
- *Sada v. Broadstreet Global Management LLC, et al.*, Case No. 26-cv-27156

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE